## Commonwealth *v.* Cobb, Appellant.

Submitted March 24, 1970. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Vram Nedurian, Jr.*, Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.